## PEACOCK *et al. v.* GAULDEN *et al.*

This case came before this court upon a writ of error from the superior court of Brooks County; and, after argument had, the case being for decision by a full bench of six Justices, who are evenly divided in opinion, Fish, C. J., and Atkinson and George, JJ., favoring a reversal, and Beck, P. J., and Hill and Gilbert, JJ., favoring an affirmance, the judgment of the court below stands affirmed by operation of law.

No. 1833.  MARCH 3, 1921.

Ejectment.  Before Judge Thomas.  Brooks superior court. November 3, 1919.

*W. H. Long* and *W. V. Custer*, for plaintiffs.

*M. Baum, Bennett & Harrell*, and *Branch & Snow*, for defendants.